**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Kajdja Wicker,**

               **Plaintiff,**

**v.**

**Commissioner of Social Security,**

               **Defendant.**

**CASE NUMBER: 18-11276**
**HONORABLE VICTORIA A. ROBERTS**
**MAGISTRATE JUDGE MORRIS**

                                      /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 10, 2020, Magistrate Judge Morris issued a Report and Recommendation [ECF No. 21], recommending that Defendant's Motion for Summary Judgement be [ECF No. 20] be **GRANTED** and Plaintiff's Motion for Summary Judgment [ECF No. 19] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                              S/ Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: January 31, 2020